1
2
3
4
5
6
7

8                     UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOYCE PLANT ,                              No.  2:23-cv-00211-TLN-CKD PS

12              Plaintiff,

13         v.                                   ORDER

14   COUNTY OF SACRAMENTO, et al.,

15              Defendants.

16

17

18         Plaintiff, Joyce Plant, proceeds without counsel and seeks relief for alleged employment

19   discrimination. This matter is before the undersigned pursuant to Local Rule 302(c)(21). See 28

20   U.S.C. § 636(b)(1). Plaintiff has filed a civil complaint and an application to proceed in forma

21   pauperis. (ECF Nos. 1, 2.)

22         In order to commence a civil action, along with the complaint, a plaintiff must either pay

23   the $350.00 filing fee and the $52.00 administrative fee or file an application requesting leave to

24   proceed in forma pauperis ("IFP"). See 28 U.S.C. §§ 1914(a), 1915(a). The court may authorize

25   the commencement of an action "without prepayment of fees" by an individual who submits an

26   affidavit evidencing an inability to pay such fees. 28 U.S.C. § 1915(a). "An affidavit in support of

27   an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still

28   afford the necessities of life." Escobedo v. Applebees, 787 F.3d 1226, 1234 (9th Cir. 2015) (citing

1

1   Adkins v. E.I. Du Pont de Nemours & Co., Inc., 335 U.S. 331, 339 (1948)); see also United States

2   v. McQuade, 647 F.2d 938, 940 (9th Cir. 1981) (affidavit must "state the facts as to affiant's

3   poverty with some particularity, definiteness and certainty" (internal quotation omitted)).

4          Plaintiff's affidavit does not adequately support a conclusion that plaintiff was unable to

5   pay the court costs and still afford the necessities of life when plaintiff filed this suit. At that time,

6   plaintiff had $5,600 in the bank. Plaintiff listed income and/or assistance in the amount of $8,000

7   total per month. Plaintiff listed expenses in the amount of $6,245 total per month. These expenses

8   reflect more than the bare necessities of life. While § 1915(a) does not require a litigant to

9   demonstrate "absolute destitution," Adkins, 335 U.S. at 339, the applicant must nonetheless show

10  inability to pay the fees. 28 U.S.C. § 1915(a).

11         Plaintiff does not make an adequate showing of indigency for in forma pauperis status.

12  Plaintiff will be granted 30 days in which to submit the filing fee and administrative fee to the

13  Clerk of the Court. In the alternative, plaintiff may submit a renewed application to proceed

14  without prepayment of fees. Such an affidavit must contain sufficient information to demonstrate

15  plaintiff could not, at the time of filing suit, pay the court costs and still afford the necessities of

16  life. Plaintiff is cautioned that failure to pay the court costs or file a renewed affidavit will result

17  in a recommendation that the application to proceed in forma pauperis be denied and the present

18  action be dismissed without prejudice.

19         Accordingly, IT IS HEREBY ORDERED that, within thirty (30) days from the date of

20  this order, plaintiff shall submit the appropriate filing fee or a renewed affidavit to proceed

21  without prepayment of fees.

22  Dated:  February 14, 2023

23                                                      CAROLYN K. DELANEY
24                                                      UNITED STATES MAGISTRATE JUDGE

25

26  8.Plant23cv211.ifp

27

28

                                    2