UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE PLANT, | No. 2:23-cv-00211-TLN-CKD (PS) |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff, proceeding without the assistance of counsel, filed the instant action on February 3, 2023.[1] On March 17, 2023, plaintiff paid the filing fee and was given summons issued by the Clerk of Court to serve the defendants. (See ECF Nos. 1, 4.)

Pursuant to Rule 4 of the Rule of Civil Procedure:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). The record does not reflect that plaintiff has attempted service on defendants. Thus, plaintiff's complaint is on the verge of being dismissed.

---

[1] Because plaintiff proceeds without counsel, this matter was referred to the undersigned under Local Rule 302(c)(21).

1

1  For the foregoing reasons, IT IS HEREBY ORDERED that:

2  1. Within 14 days of service of this order, plaintiff shall file a statement with the court
3     indicating the status of service and any good cause reasons why defendants have not
4     been served pursuant to Federal Rule of Civil Procedure 4; and
5  2. Failure to respond to this order will result in a recommendation that this case be
6     dismissed without prejudice.

7  Dated: June 29, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

8
Plant23cv211.4m