UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE PLANT.<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>    Defendants. | No. 2:23-cv-00211-TLN-CKD<br><br>**ORDER** |

    This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19). On July 26, 2023, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Neither party filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this matter. The Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 26, 2023 (ECF No. 7) are ADOPTED IN FULL;
2. Plaintiff's complaint (ECF No. 1) is DISMISSED without prejudice; and
3. The Clerk of Court is directed to close this case.

Date: August 23, 2023

_____
Troy L. Nunley
United States District Judge