## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JOYCE PLANT,**

CASE NO: **2:23–CV–00211–TLN–CKD**

v.

**COUNTY OF SACRAMENTO, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 08/24/23**

                              **Keith Holland**
                              Clerk of Court

ENTERED: **August 24, 2023**

                              by: /s/ A. Benson
                                      Deputy Clerk